UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PHILLIP LEVERETTE,

                                       Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER BRADLEY [Shield No. 2379] and POLICE OFFICERS JOHN DOES 1 – 3 in their individual and official capacities as Police officers employed by the City of New York,

                                       Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 6106 (DC)

        **PLEASE TAKE NOTICE** that **CRAIG HANLON**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective July 30, 2007.

Dated: New York, New York
         July 30, 2007

                                                  MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                City of New York
                                                Attorney for Defendant
                                                100 Church Street, Room 3-198
                                                New York, New York 10007
                                                (212) 788-1580

                                                By: _____
                                                     Craig Hanlon (CH 5679)
                                                Assistant   Corporation   Counsel
                                                Special Federal Litigation Division

To:    Andrew F. Plasse, Esq.
        Attorney for Plaintiff
        352 Seventh Ave., Suite 402
        New York, New York 10007

Index No. 07 CV 6106 (DC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP LEVERETTE,

Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER BRADLEY [Shield No. 2379] and POLICE OFFICERS JOHN DOES 1 – 3 in their individual and official capacities as Police officers employed by the City of New York,

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*

*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Craig Hanlon*

*Tel: (212) 788-1580*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.* ...................................,2007

.................................................... *Esq.*

*Attorney for City of New York*