UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PHILLIP LEVERETTE,

                                Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER
BRADLEY (SHIELD No. 2379) and POLICE OFFICERS
JOHN DOES 1-3 in their individual and official capacities
as Police Officers employed by the City of New York,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 6106 (DC)

        **PLEASE TAKE NOTICE** that Jessica Cohen, Assistant Corporation Counsel, should be substituted as counsel on record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Dennis Bradley, having replaced Assistant Corporation Counsel Craig Hanlon, effective January 9, 2008.

Dated:      New York, New York
               January 9, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                              Attorney for Defendants
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-1895

                            By:    _____
                                    Jessica T. Cohen (JC 0044)
                                    Assistant Corporation Counsel

TO:     Andrew F. Plasse, Esq. (by ECF)
           Attorney for Plaintiff

Index No. 07 CV 6106 (DC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP LEVERETTE,

                         Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER BRADLEY (SHIELD No. 2379) and POLICE OFFICERS JOHN DOES 1-3 in their individual and official capacities as Police Officers employed by the City of New York,

                        Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*

*100 Church Street*
*New York, N.Y.  10007*
*Of Counsel: Jessica T. Cohen*

*Tel: (212) 788-1895*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y. ………………………………,2007*

………………………………………………… *Esq.*

*Attorney for*