```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
PHILLIP LEVERETTE,                :

        Plaintiff,        :        **ORDER**

    - against -                     :        07 Civ. 6106 (DC)

CITY OF NEW YORK et al.,          :

        Defendants.       :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

    It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    SO ORDERED.

Dated:  New York, New York
       April 11, 2008

                      DENNY CHIN
                      United States District Judge